# EXHIBIT "A"

# WITNESS STATEMENT

CCR# 04-25128

Time 12:00

Date March 03, 2004

Place 325 Washington Street

I, **Michael M. Harris**, voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: Michael M. Harris

**Q: What is your date of birth?**
A: 11-07-64

**Q: What is your present address?**
A: 325 Washington Street

**Q: What is your occupation?**
A: Police Officer

**Q: What is your present phone number ?**
A:

On March 03, 2004, at approximately 11:00 I was monitoring Channel one when there was a broadcast of a male subject known as Mark Ives DOB 7-14-1983 with a gun at 108 Harriet Avenue. Upon arrival, I observed Ptlm. Arsenault apprehending a black male subject, who was later identified as Mark Ives. The complainant Kendrick Sears responded from his apartment and positively identified Mark Ives, as the subject who had pointed a gun at him. Shortly thereafter, a black female responded to scene and began to yell "there better not be a gun in there, or you're going to jail" as she pointed to the first floor right apartment. As she approached, she identified herself as Yvette Kenner the mother of Mark Ives and stated she rents the floor apartment. Kenner then gave consent to search the apartment. As I followed Kenner into the apartment she pointed to the end of the hallway and stated "Mark sleeps in the left room and keeps his stuff in the right room.

I entered the right room and lifted the mattress and observed sawed off shotgun which was later learned to be a Sears Ted Williams model 200, 12-gauge, serial number 57907, and a clear plastic containing two large plastic bags of suspected marijuana along with six smaller green plastic bags of suspected marijuana. I seized the items and notified BCI to respond, the items were turn over to BCI for processing.

The complainant and Ms. Kenner was transported to Detectives. Ives was transported to Central Station without incident and turned over to detectives and NOC.

Signature ______________

Statement taken by ______________

4

# WITNESS STATEMENT

**CCR#** 04-25128

**Time** 11:00

Date 3-3-04

Place 235 Washington St

I, **Gregory P. De Castro,** voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: Gregory P. De castro

**Q: What is your date of birth?**
A: 7-11-62

**Q: What is your present address?**
A: 325 Washington St

**Q: What is your occupation?**
A: Police Officer

**Q: What is your present phone number?**
A:

On 3-3-04 at about 11:00 hours I responded to 108 Harriet St for a report of a man with a gun.
Upon arrival I observed a Black male subject later identified as Mark Ives date of birth 7-14-83
In the rear of Ptlm N. Arsenault police vehicle, plate 507
A victim Kendrick Sears had stated that Mark Ives assaulted him on 3-2-04 after Kendrick Sears had a disagreement with Mark Ives brother.
Mark Ives was placed into custody and Sgt DeAngelis had advised me to transport the suspect Mark Ives dob 7-14-83 to our headquarters.
While in the cell block area Mark Ives was advised to remove his Black jacket along with other pieces of clothing prior to being placed into the cell block.
I Ptlm De Castro conducted a custodial search of Mark Ives Black jacket and discovered a clear plastic sandwich type bag containing Eight small clear plastic bags of suspected Marijuana.
This bag was seized and turned over to Narcotics,Firearms and Organized Crime unit for further analysis.

Signature [signature]

6

Statement taken by ______________________

# WITNESS STATEMENT

**CCR#** 04-25128

**Time** 1130

Date 3/3/04

Place 325 Washington St.

I, **Norman Arsenault,** voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: Norman Arsenault

**Q: What is your date of birth?**
A: 7/30/60

**Q: What is your present address?**
A: 325 Washington St.

**Q: What is your occupation?**
A: Police Officer

**Q: What is your present phone number?**
A: 401-272-3121

On 3/3/04 at approximately 11:00 hrs., while assigned to car 121 in the South Providence area. I received a call over Ch-1 of a man with a gun at 108 Harriet St. The Ch-1 dispatcher stated that the caller stated that the subject with the gun was a Mark Ives.

Ptlm.M. Cileli arrived had responded to the 3rd floor of 108 Harriet St. and was met by the complainant, Kendrick Sears. I responded and started to the driveway of that address and observed a B/M running from the rear of the house. I apprehended the subject and when I ask his name, he stated it was Mark Ives. I placed Ives in the rear of my police car pending further investigation.

Sgt. M. Harris and Sgt. DeAngelis arrived at the scene ,and shortly thereafter Ives, mother, Yvette Kenner , who rents the appartment that Ives lives in. Ms. Kennar was very irate and began yelling at Ives "There had better not be a gun in there!". Ms. Kennar gave consent to search her appartment. During the search a Sawed Off Shot gun and large bag of suspected Marijauna were found by Sgt. M.Harris under the bed in a bedroom that Ms. Kennar stated was the one where Mark keeps his stuff.

The shotgun was a Sears, Mod.200, 12 Ga. which a sawed off barrel and stock. The complainant, Mr. Sears responded to the police and positivly Ided Ives as the subject thathad pointed the gun at him.

Detectives O'Connell and Det. Cassidy responded. BCI Detectives Baldassare & Paolino were notified and responded and the shotgun and suspected Marijauna were removed by BCI and forwarded to NOC and Detectives for charging. The Ives subject was tarnsported to C.S. and TOT Det. Div. and NOC. I later learned during a routine custodial search of Ives, eight more bags were found on his person and Seized.

Signature ______________________

Statement taken by ______________________

Date: 3/03/04 PROVIDENCE POLICE DEPARTMENT Page: 1
Time: 15:58:05 Offense Report Program: CMS301L

Case No. . . . . : 1-04-025128
Occur From Date: 3/03/04 10:57 Occur To Date : 3/03/04 10:57
Day Of Week . : Wednesday Report Date . : 3/03/04 10:57
Call Class . . : Weapons Violations Case Status . : Cleared by Arrest
Location Type : Highway/Road/Alley
Street Number : 108 HARRIET ST C
City . . . . . : PROVIDENCE, RI 02905
Map Reference : 23 Post of Occur. : 23
District . . . : 2 Report Officer : ARSENAULT, NORMAN
Supervisory Ofc: HARRIS, MICHAEL Entry Date . . : GRANT, DEBBIE 3/03/04

********************* O F F E N S E R E P O R T # 1 ******************
Classification : Aggravated Assault Summary Class : Assault - Firearm
Attmpt/Committ : Completed Location Type : Residence/Home
Weapon Type . . : (I) Shotgun Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 3/03/04 Arrest Case No.: 1-04-025128

***ASSAULT INFORMATION***
Victim . . . . : KENDRICK SEARS Suspect . . . : MARK IVES
Circumstances : AA/M - Argument

********************* O F F E N S E R E P O R T # 2 ******************
Classification : Weapon Law Violations Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Weapon Type . : (I) Shotgun Crim Activity : Possessing/Concealing
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 3/03/04 Arrest Case No.: 1-04-025128

********************* O F F E N S E R E P O R T # 3 ******************
Classification : Drug/Narcotic Violations
Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Crim Activity : Possessing/Concealing
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 3/03/04 Arrest Case No.: 1-04-025128

********* P R O P E R T Y I N F O R M A T I O N # 1 ********************
Description . : WEAPON UCR Prop Type : Firearms
Property type : Weapon Category . . . : Seized
Value . . . . : 1.00 Make . . . . . . : SEARS MODEL 200
Model . . . . : 12 GAUGE Quantity/weight: 1
Serial number : SERIAL 57907/MODEL 200

********* P R O P E R T Y I N F O R M A T I O N # 2 ********************
Description . : 8 BAGS OF MARJUANA UCR Prop Type : Drugs / Narcotics
Property type : Drug Category . . . : Seized

***DRUG INFORMATION***
Drug Activity : Distributing/Selling Drug Type . . : Marijuana
Drug Quantity : 13.500 Drug Units . . : Gram

************** S U S P E C T / A R R E S T E E I N F O R M A T I O N - # 1 *

(Continued)

ase No. . . . : 1-04-025128 Birth Date . . : 7/14/1983 20
ame . . . . . : IVES, MARK
aximum Age . : 20
irth Country : United States of America Sex . . . . . . : Male
ace . . . . . : Black
thnic Origin : Not of Hispanic Origin
treet Number : 108 HARRIET ST 1ST
ity . . . . . : PROVIDENCE, RI Minimum Height : 508
ocial Security: 38522066 Residency . . : Resident of Providence
Minimum Weight : 160

************* V I C T I M I N F O R M A T I O N - # 1 *******************
Name . . . . . : SEARS, KENDRICK Birth Date . . : 4/28/1980 23
Race . . . . . : Black Sex . . . . . . : Male
Ethnic Origin : Not of Hispanic Origin
Street Number : 108 HARRIET ST "C" 3RD FL
City . . . . . : PROVIDENCE, RI Business Phone : 401/000-0000
Home Phone No. : 401/000-0000 Residency Statu: Resident of Providence
Other Phone Nbr: 401/000-0000
Injury Type 1 : None

************* V I C T I M I N F O R M A T I O N - # 2 *******************
Business Name : SOCIETY
City . . . . . : PROVIDENCE, RI Fax Number . . : 401/000-0000
Phone Number . : 401/000-0000

**************************** N A R R A T I V E # 1 ****************************
Original Report Reported By: ARSENAULT, NORMAN J. 3/03/0
Entered By.: GRANT, DEBBIE 3/03/0

At the time and date above, police responded 108 Harriet Street for the report of a subject, Mark Ives, having a gun.

Upon arrival, Ptlm M. Cileli responded to the third floor and met the complainant, Kendrick Sears. Immediately afterwards, Ptlm Arsenault arrived and observed a black male subject, later identified as Mark Ives, d.o.b. 07/14/1983, running from the rear of the house toward the driveway. Subject was apprehended by Ptlm Arsenault and placed in the police car. The complainant responded from his apartment and identified the subject, Mark Ives, as the subject who had pointed a gun at him.

Sgt. Harris and Sgt. DeAngelis arrived on scene.

Shortly thereafter, the Ives subject's mother, Yvette Kenner, arrived to the scene and blurted out to her son, "There better not be a gun in there, or you're going to jail" and at that point consented for the police the search her house.

Upon searching the house, a Sears model 200, serial #57907, 12-gauge shotgun , which had been altered (sawed off) and a bag containing suspect marijuana was locatedand seized by Sgt. M. Harris in Ives bedroom, underneath the mattress.

(Continued)

'ase No. . . . : 1-04-025128

Detectives and BCI were notified and responded. The suspected marijuana and shotgun were turned over to BCI and forwarded to NOC.

The complainant and Ms. Kenner was transported to Detectives. Ives was transported to Central Station by Ptlm . G. De Castro, and during a custodial search in the Cell Block, eight more bags of suspected Marijuana were found on his person. They were seized and turned over to NOC. Ives was held and TOT to Detectives and NOC.

**************************** N A R R A T I V E # 2 ****************************

DETECTIVE SUPPLEMENTALD Reported By: O'CONNELL, DANIEL J. 3/03/04
Entered By.: O'CONNELL, DANIEL J. 3/03/04

**************************** N A R R A T I V E # 3 ****************************

NOC Reported By: CORREIA, MICHAEL E. 3/03/04
Entered By.: CORREIA, MICHAEL E. 3/03/04

On march 3, 2004 at approximately 1445 Hrs, Det. Colanduono of the Narcotics and Organized Crime Bureau retrieved from the NOC safe a manila envelope along with paperwork relating to the arrest of a Mark Ives, dob 7-14-83. Ives was apprehended by members of the Uniformed Division on Harriet St. Their investigation led them to retrieve a sawed off shotgun and a large quantity of suspected marijuana from Ives bedroom and was secured by BCI for prints.

Ptlm. DeCastro transported Ives and located during a custodial search a clear plastic bag containing eight (8) zip lock bags of suspected marijuana. This evidence was secured and placed in the NOC safe.

A Duquenois-Levine Reagent field test was performed on portions of the seized evidence secured by Ptlm. DeCastro and the results were positive for marijuana. The remaining evidence was forwarded to the State Toxicology Lab for further analysis.

As a result of this investigation, Ives was charged by the NOC Bureau with Possession With Intent to Deliver Marijuana/Possession of a Firearm While in Possession With Intent to Deliver Marijuana/Possession of a Firearm While Committing a Crime of Violence.

* * * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *