UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK IVES, PETITIONER | CA 06 547T |
| V. | Cr. No. 05-03IT |
| THE UNITED STATES OF AMERICA, RESPONDANT | CIVIL No. |

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes petitioner, Mark Ives, pro-se and respectfully moves this Honorable Court for an Odrer permitting the movant to proceed on motion pursuant to 28 U.S.C. § 2255 to proceed in forma pauperis.

In support thereof petitioner states as follows;

1. Petitioner has exhausted his personal funds and is presently unable to afford counsel;
2. Movant is presently incarcerated in federal prison earning minimal wages and relies upon gifts from family and friends to support himself and for monies to place phone calls.

Wherefore in the interest of justice and in order to preserve petitioner's right to move on §2255 motion, petitioner respectfully urges this Honorable Court to grant him leave to proceed in forma pauperis.

Mark Ives # 05594-070 Date