UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARL IVES

v. CA No. 06-547-T

UNITED STATES OF AMERICA

**ORDER DENYING, WITHOUT PREJUDICE, MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner, Mark Ives, has filed a motion to proceed in forma pauperis in connection with his § 2255 petition.

Since there is no filing fee for a § 2255 petition; and, since there may be some question as to whether the petition was timely filed, the motion to proceed in forma pauperis is denied without prejudice to being renewed after the government has responded as directed in this Court's order of January 2, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/4/07