UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK IVES

v. CA 06-547T

UNITED STATES OF AMERICA

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.

By Order

/s/ Martha Saucier
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
ERNEST C. TORRES
U.S. District Judge
May 21, 2008