UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARK IVES

v. CA No. 06-547-T

UNITED STATES OF AMERICA

**ORDER FOR HEARING**

Pursuant to 28 U.S.C. § 2255, Mark Ives has filed a motion to vacate his sentence alleging that his counsel was ineffective in failing to file a notice of appeal despite Ives's expressed request that he do so.

In light of those allegations and the fact that Ives' plea agreement contains a provision waiving his right to appeal subject to conditions that have been fully satisfied, it is hereby ordered that Ives' motion be scheduled for a hearing at which the following issues will be addressed:

1. Whether Ives waived any right to appeal that he may have had.

2. If not, whether Ives asked his counsel to file a notice of appeal on his behalf.

3. If Ives' sentence is vacated, whether the same sentence automatically should be reimposed or whether a *de novo* hearing should be conducted to determine what sentence should be imposed.

4. Whether, at any resentencing,

   A. the government remains bound by the plea agreement;

   B. contested issues decided by the Court during the original sentencing may be reconsidered;

   C. whether any intervening decisions by the Supreme Court and/or the First Circuit Court of Appeals regarding application of the Guidelines may be considered.

It is further ordered that since Ives is indigent and has alleged that his previous counsel was ineffective, that the Federal Defender be appointed to represent Ives.

By Order

[signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Ernest C. Torres
Sr. U.S. District Judge

Date: 5/20/08