# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. 1:06-CV-00547-T***

***To:*** ***Warden***
***FCI Allenwood***
***P.O. Box 2000***
***White Deer, PA 17887***

YOU ARE HEREBY COMMANDED, to have the **body** of **Mark Ives**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the 9th day of **July, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: May 20, 2008.

Hearing on Petitioner's Motion
to Vacate, Set Aside or Correct Sentence

***By*** Ernest C Torres
***Ernest C. Torres, Senior District Judge***
5/21/08