**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

MARK IVES

v. C.A. No. 06-547-T

UNITED STATES OF AMERICA

**ORDER REQUIRING PARTIES TO SUBMIT MEMORANDA**

A hearing on the petitioner's motion to vacate his sentence is scheduled for July 9, 2008. The parties are hereby directed to submit written memoranda by July 7, 2008 that address the issues identified in this Court's order dated May 20, 2008.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: June 25 , 2008