UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK IVES :

vs. : CR No. 06-547T

UNITED STATES OF AMERICA :

MOTION TO ENLARGE

NOW comes the defendant, Mark Ives, and moves to enlarge the time for filing his memorandum from July 7, 2008 to August 7, 2008. Counsel is requesting this additional time to meet with the defendant and research the issues posed by this Court.

MARK IVES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Stephen Dambruch, AUSA on June 27, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire