UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK IVES | : | |
| vs. | : | CR No. 06-547T |
| UNITED STATES OF AMERICA | : | |

MOTION TO ENLARGE

NOW comes the defendant, Mark Ives, and moves to enlarge the time for filing his memorandum from August 7, 2008 to September 12, 2008. In support of this request, counsel states that due to the transition in the Federal Defender Office and the fact that counsel has not yet had an opportunity to meet and discuss this matter with the defendant the additional time is needed to properly prepare and file his memorandum.

MARK IVES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Stephen Dambruch, AUSA on August 7, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire