UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK IVES :

vs. : CR No. 06-547T

UNITED STATES OF AMERICA :

MOTION TO ENLARGE TIME FOR FILING

NOW comes the defendant, Mark Ives, and moves to enlarge the time for filing his memoranda from September 12, 2008 to October 15, 2008. In support of this request, counsel states that due to the recent changes in the Rhode Island Federal Defender Office, the preparation of the memoranda requested by the Court on June 25, 2008 will now be handled by the Federal Defender Office in Boston, Massachusetts.

MARK IVES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Stephen Dambruch, AUSA on August 19, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire