UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK IVES :

vs. : CR No. 06-547T

UNITED STATES OF AMERICA :

MOTION TO CONTINUE

NOW comes the defendant, Mark Ives, and moves to continue the motion hearing currently scheduled in this matter for September 18, 2008 for an additional thirty (30) days. In support of this request, counsel states that due to the recent changes in the Rhode Island Federal Defender Office, this matter will be handled with the assistance of the Federal Defender Office in Boston, Massachusetts.

MARK IVES,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served on Stephen Dambruch, AUSA on August 19, 2008 by way of ECF case filing.

/s/ Edward C. Roy, Esquire