**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARK W. IVES** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 06-547T** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO PETITIONER'S MOTION TO VACATE HIS CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. §2255**

In its Supplemental Response to Petitioner's Motion to Vacate, the government argued that Ives had waived any right to appeal his sentence pursuant to the terms of the plea agreement Ives entered into with the government. One of the issues addressed by the government during its discussion of this issue was whether the Court's failure to personally inform Ives of his appeal waiver during the change of plea hearing made the appeal waiver unenforceable against Ives. On August 1, 2008, the First Circuit Court of Appeals issued a judgement in the case of United States v. Joshua Cole, 07-1247, which directly addressed this issue (a copy of that judgment is attached). In that decision, the First Circuit stated that the government's description of the appeal waiver at the plea hearing, provided at the invitation of the Court, was the functional equivalent of having the Court inform the defendant of the waiver. The Circuit Court also noted the significance of the fact that, similar to the situation

presented in the instant case, the appeal waiver was clearly delineated in the plea agreement signed by the defendant and that the defendant, under oath, confirmed that he had reviewed and understood that agreement (see plea transcript at pp. 12-13 for similar sworn admissions by Ives).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephen G. Dambruch

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September 2008, I served a copy of the within Government's Supplemental Response upon Edward C. Roy, Esquire, Assistant Federal Defender, by way of the Electronic Case Filing system.

/s/ Stephen G. Dambruch

Stephen G. Dambruch
Assistant U.S. Attorney
RI Bar No. 3309
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
stephen.dambruch@usdoj.gov