UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK IVES

v.                                       C.A. No. 06-547T

UNITED STATES OF AMERICA


ORDER DENYING PETITIONER'S MOTION TO VACATE
HIS CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. §2255


For reasons stated in open Court on October 16, 2008, the petitioner's motion to vacate his conviction and sentence pursuant to 18 U.S.C. §2255 is herewith DENIED.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: October 23, 2008