# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

```
MARK IVES,
PETITIONER,

v.                                              C.A. No. 06-547T

UNITED STATES OF AMERICA,
RESPONDENT.
```

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

> Pursuant to the October 23, 2008 Order Denying Petitioner's Motion to Vacate, judgment hereby enters as follows: Petitioner Mark Ives's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED.

Enter:

/s/ Ryan H. Jackson

Deputy Clerk

Dated: October 24, 2008